# United States District Court
# For The Western District of North Carolina
# Statesville Division

TROY NAMAN POWELL,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV137-5-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2011, Order.

Signed: January 4, 2011

Frank G. Johns, Clerk
United States District Court